Date\Time: 7/3/2023 3:29:51 PM  CDCR
Institution: CCWF

# 1:23-cv-00975-SAB (PC) Inmate Statement Report

**FILED**
Jul 05, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| WB1151 | ROBERTSON, JONATHAN | CCWF | A  504  1 | 114001 |

**Current Available Balance:** $12,619.13



THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THE OFFICE
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY *Christina Mann*/ Trust office

## Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 01/01/2023 | CIW | BEGINNING BALANCE | | | | $15,377.54 |
| 01/07/2023 | CIW | INTEREST | 12/22@2.173PERANNUM | | $28.11 | $15,405.65 |
| 01/09/2023 | CIW | SALES | 13 | | ($20.05) | $15,385.60 |
| 01/10/2023 | CIW | JPAY | 0000000151909756 | | $200.00 | $15,585.60 |
| 01/12/2023 | CIW | TRACS TRANSFER OUT | TX01122023 | | ($15,585.60) | $0.00 |
| 01/12/2023 | CCWF | TRACS TRANSFER IN | TX01122023 | | $15,585.60 | $15,585.60 |
| 01/16/2023 | CCWF | JPAY | 0000000152088540 | | $60.00 | $15,645.60 |
| 01/18/2023 | CCWF | SALES | 33 | | ($58.90) | $15,586.70 |
| 01/27/2023 | CCWF | JPAY | 0000000152479752 | | $20.00 | $15,606.70 |
| 01/27/2023 | CCWF | GTL | 21434032628132 | | $49.00 | $15,655.70 |
| 02/02/2023 | CCWF | JPAY | 0000000152665117 | | $200.00 | $15,855.70 |
| 02/07/2023 | CCWF | INTEREST | 1/23@2.425PERANNUM | | $32.13 | $15,887.83 |
| 02/15/2023 | CCWF | SALES | 21 | | ($59.35) | $15,828.48 |
| 02/17/2023 | CCWF | JPAY | 0000000153309053 | | $100.00 | $15,928.48 |
| 02/22/2023 | CCWF | INMATE VOLUNTARY WITHDRAWAL | GIFT (FEB 16) | 1089897 | ($150.00) | $15,778.48 |
| 02/25/2023 | CCWF | GTL | 21465691908772 | | $49.00 | $15,827.48 |
| 03/07/2023 | CCWF | INTEREST | 2/23@2.624PERANNUM | | $31.08 | $15,858.56 |
| 03/14/2023 | CCWF | JPAY | 0000000154323347 | | $60.00 | $15,918.56 |
| 03/15/2023 | CCWF | SALES | 52 | | ($59.85) | $15,858.71 |
| 03/20/2023 | CCWF | INMATE VOLUNTARY WITHDRAWAL | GIFT 3/15/23 | 1420048 | ($143.00) | $15,715.71 |
| 03/20/2023 | CCWF | INMATE VOLUNTARY WITHDRAWAL | GIFT 3/15/23 | 1420049 | ($377.50) | $15,338.21 |
| 03/23/2023 | CCWF | GTL | 21483962862630 | | $10.00 | $15,348.21 |
| 03/27/2023 | CCWF | INMATE VOLUNTARY WITHDRAWAL | GIFT 3/22/23 | 1420104 | ($6,000.00) | $9,348.21 |
| 03/29/2023 | CCWF | GTL | 21495826928165 | | $49.00 | $9,397.21 |
| 04/04/2023 | CCWF | JPAY | 0000000155120197 | | $300.00 | $9,697.21 |
| 04/06/2023 | CCWF | INTEREST | 3/23@2.831PERANNUM | | $34.93 | $9,732.14 |
| 04/11/2023 | CCWF | SALES | 42 | | ($57.25) | $9,674.89 |
| 04/17/2023 | CCWF | INMATE DEPOSIT | MR 5865 | 20828 | $500.00 | $10,174.89 |
| 04/17/2023 | CCWF | INMATE DEPOSIT | MR 3063 | 20828 | $1,000.00 | $11,174.89 |
| 04/19/2023 | CCWF | GTL | 21507421254437 | | $49.00 | $11,223.89 |
| 05/01/2023 | CCWF | INMATE DEPOSIT | MR 4432 | 20860 | $600.00 | $11,823.89 |

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 05/01/2023 | CCWF | INMATE DEPOSIT | MR 4443 | 20860 | $750.00 | $12,573.89 |
| 05/01/2023 | CCWF | INMATE DEPOSIT | MR 4606 | 20860 | $1,000.00 | $13,573.89 |
| 05/01/2023 | CCWF | INMATE DEPOSIT | MR 4617 | 20860 | $1,000.00 | $14,573.89 |
| 05/11/2023 | CCWF | INTEREST | 4/23@2.87PERANNUM | | $23.87 | $14,597.76 |
| 05/18/2023 | CCWF | SALES | 13 | | ($46.60) | $14,551.16 |
| 05/25/2023 | CCWF | INMATE VOLUNTARY WITHDRAWAL | LEGAL SERVICES MAY 2 | 1420560 | ($120.00) | $14,431.16 |
| 06/05/2023 | CCWF | GTL | 21562369168675 | | $49.00 | $14,480.16 |
| 06/06/2023 | CCWF | JPAY | 0000000157427804 | | $100.00 | $14,580.16 |
| 06/07/2023 | CCWF | INTEREST | 4/23@2.993PERAMMUM | | $36.07 | $14,616.23 |
| 06/13/2023 | CCWF | SALES | 32 | | ($46.10) | $14,570.13 |
| 06/27/2023 | CCWF | INMATE VOLUNTARY WITHDRAWAL | GIFY 6/20/23 | 1420789 | ($2,000.00) | $12,570.13 |
| 06/29/2023 | CCWF | GTL | 21605946879524 | | $49.00 | $12,619.13 |

### Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|
| **No information was found for the given criteria.** | | |

### Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| **No information was found for the given criteria.** | | | | |

### Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| **No information was found for the given criteria.** | | | | | | |