THE JUSTICE FIRM
Joseph Virgilio, Esq.   SBN: 139376
5850 Canoga Avenue, Suite 400
Woodland Hills, California 91367
Telephone:        (310) 914-2444
Email:        *justicefirmlaw@gmail.com*

Attorney for Plaintiff
Jonathan Robertson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JONATHAN ROBERTSON, ) | Case No.: 1:23-cv-00975 EPG |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | NOTICE OF ERRATA |
| STATE OF CALIFORNIA, CALIFORNIA ) | |
| DEPARTMENT OF CORRECTIONS ) | |
| AND REHABILITATION (CDCR), ) | |
| OFFICER GREG RODRIGUEZ; ACTING ) | |
| WARDEN MICHAEL PALLARES, and ) | |
| DOES 1 to 30, ) | |
| ) | |
| Defendants. ) | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Counsel for Plaintiff has made an error in filing the First Amended Complaint on behalf of Jonathan Robertson.   On August 14, 2023, counsel filed a First Amended Complaint in this case, but that First Amended Complaint was for another of Plaintiff's counsel's clients, Rayshawn Hart, not the Plaintiff in this case, Jonathan Robertson.

Plaintiff's counsel requests that this Court supplant the First Amended Complaint for Rayshawn Hart with the First Amended Complaint for Jonathan Robertson, filed concurrently with this Notice of Errata.

Respectfully submitted this 14th day of August, 2023.


THE JUSTICE FIRM


*Joseph Virgilio*
_____
Joseph Virgilio, Esq., Attorneys for
Plaintiff, Jonathan Robertson.