1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JONATHAN ROBERTSON, et al.,                 Case No. 1:23-cv-00975-ADA-SAB

12                   Plaintiffs,                  ORDER ADOPTING FINDINGS AND
                                                  RECOMMENDATIONS TO DENY
13          v.                                    PLAINTIFF'S APPLICATION TO PROCEED
                                                  *IN FORMA PAUPERIS* AND REQUIRE
14   STATE OF CALIFORNIA, et al,                  PLAINTIFF TO PAY THE FILING FEE

15                   Defendants.                  (ECF Nos. 3, 6, 8)

16

17

18

19

20          Plaintiff Jonathan Robertson ("Plaintiff"), a state prisoner proceeding with counsel,

21   initiated this civil rights action on June 29, 2023.  (ECF No. 1.)  Plaintiff did not pay the filing fee

22   and instead filed an application to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. §

23   1915.  (ECF Nos. 3, 6.)  On July 7, 2023, the Magistrate Judge issued findings and

24   recommendations recommending plaintiff's application to proceed IFP be denied, and that

25   Plaintiff be required to pay the filing fee or face dismissal of the action.  (ECF No. 8.)  The

26   Magistrate Judge provided Plaintiff fourteen days to file objections to the findings and

27   recommendations.

28          The time to file objections has expired and Plaintiff has not filed any objections to the

                                                 1

1    findings and recommendations.

2          In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and *Britt v. Simi Valley*

3    *United School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983), this Court conducted a *de novo* review of

4    the case.  Having carefully reviewed the matter, the Court finds the findings and

5    recommendations are supported by the record and proper analysis.

6          Accordingly, IT IS HEREBY ORDERED that:

7    1.     The findings and recommendations dated July 6, 2023 (ECF No. 8), are

8           ADOPTED IN FULL;

9    2.     Plaintiff's application to proceed *in forma pauperis* (ECF No. 3) is DENIED;

10   3.     Plaintiff is ordered to submit the appropriate filing fee in full no later than thirty

11          (30) days from the date of service of this order; and

12   4.     Plaintiff is warned that failure to comply with this order will result in dismissal of

13          this action.

14

15

16   IT IS SO ORDERED.

17     Dated:   September 4, 2023     _____

18                                    UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28