UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN ROBERTSON,<br><br>  Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>  Defendants. | No. 1:23-cv-00975 NODJ GSA (PC)<br><br>ORDER DISMISSING WITHOUT PREJUDICE THE STATE OF CALIFORNIA AND THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION AS DEFENDANTS PER PARTIES' JOINT STIPULATION<br><br>(ECF No. 27)<br><br>ORDER DIRECTING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT BY **FEBRUARY 22, 2024**<br><br>ORDER DIRECTING DEFENDANT TO FILE RESPONSE TO SECOND AMENDED COMPLAINT WITHIN THIRTY DAYS OF PLAINTIFF'S AMENDED FILING<br><br>ORDER VACATING JANUARY 23, 2024, INITIAL SCHEDULING CONFERENCE<br><br>(ECF No. 18)<br><br>ORDER DIRECTING PARTIES TO FILE RESPONSES REGARDING REPRESENTED DEFENDANTS AND PLAINTIFF'S SERVICE OF PROCESS<br><br>PARTIES' RESPONSES DUE BY **JANUARY 30, 2024** |

1

| | | |
|---|---|---|
| 1 | FANCY MOORE LIPSEY, | No. 1:23-cv-00976 NODJ GSA (PC) |
| 2 | Plaintiff, | ORDER DISMISSING WITHOUT PREJUDICE THE STATE OF CALIFORNIA AND THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION AS DEFENDANTS PER PARTIES' JOINT STIPULATION |
| 3 | v. | |
| 4 | STATE OF CALIFORNIA, et al., | |
| 5 | Defendants. | |
| 6 | | (ECF No. 24) |
| 7 | | ORDER DIRECTING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT BY **FEBRUARY 22, 2024** |
| 8 | | |
| 9 | | ORDER DIRECTING DEFENDANT TO FILE RESPONSE TO SECOND AMENDED COMPLAINT WITHIN THIRTY DAYS OF PLAINTIFF'S AMENDED FILING |
| 10 | | |
| 11 | | ORDER VACATING JANUARY 23, 2024, INITIAL SCHEDULING CONFERENCE |
| 12 | | |
| 13 | | (ECF No. 16) |
| 14 | | ORDER DIRECTING PARTIES TO FILE RESPONSES REGARDING REPRESENTED DEFENDANTS AND PLAINTIFF'S SERVICE OF PROCESS |
| 15 | | |
| 16 | | PARTIES' RESPONSES DUE BY **JANUARY 30, 2024** |
| 17 | | |
| 18 | | |
| 19 | CRYSTAL GRAHAM, | No. 1:23-cv-01323 NODJ GSA (PC) |
| 20 | Plaintiff, | ORDER DISMISSING WITHOUT PREJUDICE THE STATE OF CALIFORNIA AND THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION AS DEFENDANTS PER PARTIES' JOINT STIPULATION |
| 21 | v. | |
| 22 | STATE OF CALIFORNIA, et al., | |
| 23 | Defendants. | (ECF No. 17) |
| 24 | | ORDER DIRECTING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT BY **FEBRUARY 22, 2024** |
| 25 | | |
| 26 | | ORDER DIRECTING DEFENDANT TO FILE RESPONSE TO FIRST AMENDED COMPLAINT WITHIN THIRTY DAYS OF |
| 27 | | |
| 28 | | |

| | |
|---|---|
| | PLAINTIFF'S AMENDED FILING |
| | ORDER VACATING JANUARY 23, 2024, INITIAL SCHEDULING CONFERENCE |
| | (ECF No. 8) |
| | ORDER DIRECTING PARTIES TO FILE RESPONSES REGARDING REPRESENTED DEFENDANTS AND PLAINTIFF'S SERVICE OF PROCESS |
| | PARTIES' RESPONSES DUE BY **JANUARY 30, 2024** |
| ROXANNE PURDAGONE, | No. 1:23-cv-01324 NODJ GSA (PC) |
| Plaintiff, | ORDER DISMISSING WITHOUT PREJUDICE THE STATE OF CALIFORNIA AND THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION AS DEFENDANTS PER PARTIES' JOINT STIPULATION |
| v. | |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |
| | (ECF No. 14) |
| | ORDER DIRECTING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT BY **FEBRUARY 22, 2024** |
| | ORDER DIRECTING DEFENDANT TO FILE RESPONSE TO FIRST AMENDED COMPLAINT WITHIN THIRTY DAYS OF PLAINTIFF'S AMENDED FILING |
| | ORDER VACATING JANUARY 23, 2024, INITIAL SCHEDULING CONFERENCE |
| | (ECF No. 6) |
| | ORDER DIRECTING PARTIES TO FILE RESPONSES REGARDING REPRESENTED DEFENDANTS AND PLAINTIFF'S SERVICE OF PROCESS |
| | PARTIES' RESPONSES DUE BY **JANUARY 30, 2024** |

The above matters have been referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. These matters are currently at the pleading phase of the proceedings.

## I. JOINT STIPULATIONS

In each of the above referenced four cases, the respective Plaintiffs and two of the named Defendants (State of California and the California Department of Corrections and Rehabilitation ("CDCR")), have signed and filed joint stipulations indicating that they have met and conferred about the allegations and claims in each case. The stipulations agree to the dismissal of Defendants State of California and CDCR. The joint stipulations also agree that the respective Plaintiffs will file amended complaints and that Defendant, Assistant Warden Pallares, will file a response to them. Additionally, the stipulations request the Court to vacate the existing scheduling conferences in each case and to reset them to a date after Defendant Pallares has filed a response to the anticipated amended complaints. In support of their request to vacate the current scheduling conference, the parties assert that because of their agreed upon changes initial disclosures cannot be made, nor can a case schedule be determined and created.

## II. COURT CONSIDERATIONS

### A. Representation of Remaining Defendants and Status of Service Upon Defendants

#### 1. Representation of Remaining Defendants

As a preliminary matter, the Court notes that on June 29, 2023, it issued an order in Stith v. Green, No. 1:23-cv-00947 NODJ GSA ("Stith"), which severed from it multiple Plaintiffs who were listed in the case caption of that action. See Stith, ECF No. 9. By last name, these Plaintiffs are: Stith, Green, Carroll, Robertson, Lipsey, and Hart. See id. As a result, new separate cases were opened for these respective Plaintiffs. For Plaintiffs Robertson and Lipsey they were assigned case numbers 1:23-cv-00975, and 1:23-cv-00976, respectively. In addition, and applicable to this order, in September 2023, two other Plaintiffs, Graham and Purdagone (last names), who were not named plaintiffs in the Stith case, filed separate individual actions, case numbers 1:23-cv-01323 and 1:23-cv-01324, respectively.

Currently, in the Robertson, Lipsey, Graham and Purdagone cases, the named defendants are all the same, namely: the State of California, CDCR, Acting Warden Michael Pallares, and Officer Greg Rodriguez. Additionally, in all four cases, the Office of the Attorney General ("OAG") has only filed notices of appearances on behalf of two of the named defendants: the State of California and CDCR. However, in each of the joint stipulations, in a footnote, the OAG states: (1) that it does not anticipate representing Defendant Greg Rodriguez, and (2) that it will accept service of the respective amended complaints on behalf of Defendant Michael Pallares.

The Court can only presume that this means that the OAG will be representing Defendant Pallares in all four matters. However, because no notices of appearance have been filed by the OAG on behalf of Defendant Pallares, the OAG will be ordered herein to: (1) inform the Court whether it will, in fact, be representing Defendant Pallares, and (2) file notices of appearance on behalf of Defendant Pallares if it will be.

2. Status of Service on Remaining Defendant

The Court also notes that to date, none of the Plaintiffs in the four cases referenced herein have filed proofs of service of summons and complaint for Defendant Rodriguez. Therefore, Plaintiffs will also be ordered to inform the Court whether they wish to dismiss Defendant Rodriguez, or if not, when Plaintiffs anticipate Defendant Rodriguez will be served.

B. Joint Stipulation

As for the joint stipulations filed in the above referenced cases, the Court anticipates signing them, and by this order will adopt them. The parties are informed, however, that currently these matters have a "NODJ" designation, meaning that a District Judge has yet to be assigned to them. As a result, the Court will not be setting pretrial and trial dates in these actions until either: (1) a District Judge is assigned, or (2) the parties consent to Magistrate Judge jurisdiction.

The parties are further informed that because there is currently no District Judge assigned to this case, nor consent to Magistrate Judge jurisdiction, when these cases reach the stage where the issuance of discovery and scheduling orders is appropriate, the Court will initially issue only limited ones that will address matters such as discovery deadlines, dispositive motion deadlines,

etc.  These orders will issue sua sponte, without a court hearing.  The Court will not formally seek input from counsel regarding the dates selected within the orders.  Counsel however are welcome to inform the Court in advance of dates they will be unavailable in situations where their appearance will be required.

Accordingly, good cause appearing, and consistent with the parties' joint stipulations filed January 16, 2024, in Robertson, No. 1:23-cv-00975 (ECF No. 27); Lipsey, No. 1:23-cv-00976 (ECF No. 24); Graham, No. 1:23-cv-1323 (ECF No. 17), and Purdagone, No. 1:23-cv-1324 (ECF No. 14), IT IS HEREBY ORDERED that:

1. Defendants State of California and California Department of Corrections and Rehabilitation are hereby DISMISSED from the above referenced matters, without prejudice;

2. Within thirty days from the date of this order – **February 22, 2024**, – Plaintiffs shall file and serve the agreed upon amended complaints;

3. Defendants' responses to Plaintiffs' amended complaints shall be filed and served within thirty days of Plaintiffs filing their respective amended complaints, and

4. All scheduling conference currently set in the above referenced cases,[1] are hereby VACATED, and will be reset at a later date.

IT IS FURTHER ORDERED that by **January 30, 2024**, – the following shall occur:

1. The Office of the Attorney General shall:
    a. Inform the Court whether it will, in fact, be representing Defendant Pallares;
    b. File appropriate notices of appearance on behalf of Defendant Pallares if it will be representing him;
2. Plaintiffs shall:
    a. Inform the Court whether they wish to dismiss Defendant Rodriguez, and if not,
    b. Inform the Court by which date they anticipate serving Defendant Rodriguez,

---

[1] See Robertson, No. 1:23-cv-00975, ECF No. 18 (initial scheduling conference set by Judge Boone for January 23, 2024); Lipsey, No. 1:23-cv-00976 (ECF No. 16) (initial scheduling conference set by Judge Boone for January 23, 2024); Graham, No. 1:23-cv-01323, ECF No. 8 (initial scheduling conference set by Judge McAuliffe for February 27, 2024); Purdagone, No. 1:23-cv-01324, ECF No. 6 (scheduling conference set by Judge Oberto for February 15, 2024).

and

c. File a proof of service with the Court in each of these cases once Defendant Rodriguez and any DOES have been served.

IT IS SO ORDERED.

Dated: **January 23, 2024**              **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE