1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JONATHAN ROBERTSON,                    No.  1:23-cv-00975 NODJ GSA (PC)

12                  Plaintiff,              ORDER ACKNOWLEDGING JOINT
                                            STIPULATION FOR EXTENSION OF TIME
13        v.                                TO FILE SECOND AMENDED COMPLAINT
                                            AND GRANTING MOTION TO DO SAME
14   STATE OF CALIFORNIA, et al.,
                                            (ECF No. 30)
15                  Defendants.
                                            PLAINTIFF'S SECOND AMENDED
16                                          COMPLAINT DUE **MARCH 4, 2024**

17

18

19   FANCY MOORE LIPSEY,                    No.  1:23-cv-00976 NODJ GSA (PC)

20                  Plaintiff,              ORDER ACKNOWLEDGING JOINT
                                            STIPULATION FOR EXTENSION OF TIME
21        v.                                TO FILE SECOND AMENDED COMPLAINT
                                            AND GRANTING MOTION TO DO SAME
22   STATE OF CALIFORNIA, et al.,
                                            (ECF No. 27)
23                  Defendants.
                                            PLAINTIFF'S SECOND AMENDED
24                                          COMPLAINT DUE **MARCH 4, 2024**

25

26

27

28

1

| | |
|---|---|
| CRYSTAL GRAHAM, | No.  1:23-cv-01323 NODJ GSA (PC) |
| Plaintiff, | ORDER ACKNOWLEDGING JOINT STIPULATION FOR EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT AND GRANTING MOTION TO DO SAME |
| v. | |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | (ECF No. 20) |
| | PLAINTIFF'S FIRST AMENDED COMPLAINT DUE **MARCH 4, 2024** |

| | |
|---|---|
| ROXANNE PURDAGONE, | No.  1:23-cv-01324 NODJ GSA (PC) |
| Plaintiff, | ORDER ACKNOWLEDGING JOINT STIPULATION FOR EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT AND GRANTING MOTION TO DO SAME |
| v. | |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | (ECF No. 17) |
| | PLAINTIFF'S FIRST AMENDED COMPLAINT DUE **MARCH 4, 2024** |

The above-referenced matters have been referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  Each of these matters is currently at the pleading phase of the proceedings.

In each of these matters the parties have signed joint stipulations which agree that Plaintiffs in each of them shall have until March 4, 2024, to file their respective amended complaints.  See Robertson, ECF No. 30; Lipsey, ECF No. 27; Graham, ECF No. 20, and Purdagone, ECF No. 17.  The stipulations were agreed to and the related proposed orders were filed in each case due to the fact that each Plaintiff is incarcerated, and as a result, counsel for Plaintiffs needs additional time to meet with each respective Plaintiff in order to gather additional facts in support of the claims they have brought against Defendants.  See generally id.

The parties agree that they will not be prejudiced by grants of extensions of time to file the respective amended complaints.  See generally Robertson, ECF No. 30; Lipsey, ECF No. 27;

1    <u>Graham</u>, ECF No. 20, and <u>Purdagone</u>, ECF No. 17.  Proposed orders acknowledging that joint

2    stipulations have been agreed to are attached to the stipulations in each case.

3            The Court construes the parties' joint stipulations and their attached proposed orders

4    collectively as motions for extensions of time to file amended complaints in each matter.  Good

5    cause appearing, each of the motions will be granted.

6            Accordingly, the Court ACKNOWLEDGES that each of the above-referenced parties

7    have jointly stipulated to extensions of time for Plaintiffs to file amended complaints, and

8            IT IS HEREBY ORDERED that:

9            1.   The Court CONSTRUES the stipulations and proposed orders in each of the matters

10   identified below as <u>motions</u> for extensions of time to file for Plaintiffs to file amended

11   complaints:

12           • <u>Robertson v. State of California</u>, 1:23-cv-00975 NODJ GSA (ECF No. 30);

13           • <u>Lipsey v. State of California</u>, 1:23-cv-00976 NODJ GSA (ECF No. 27);

14           • <u>Graham v. State of California</u>, 1:23-cv-01323 NODJ GSA (ECF No. 20), and

15           • <u>Purdagone v. State of California</u>, 1:23-cv-01324 NODJ GSA (ECF No. 17);

16           2.   The Clerk of Court shall correct the docket in each of the above-referenced cases to

17   reflect that the above-referenced docket entries are joint stipulated <u>motions</u> for extensions of time

18   (i.e., add gavels next to each docket entry identified above);

19           3.   The above-referenced motions for extensions of time to file amended complaints are

20   GRANTED, and

21           4.   The amended complaints in each of the four above-referenced matters shall be filed no

22   later than **March 4, 2024**.

23

24

     IT IS SO ORDERED.

25

26      Dated:   **February 26, 2024**                          **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE
27

28

                                                3