1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN ROBERTSON, | Case No.  1:23-cv-00975-JLT-HBK |
| Plaintiff, | ORDER DISCHARGING SHOW CAUSE ORDER |
| v. | (Doc. No.  54) |
| OFFICER GREG RODRIGUEZ and MICHAEL PALLARES, | |
| Defendants. | |

On July 31, 2025, the undersigned ordered Plaintiff to show cause why Defendant Officer Rodriguez should not be dismissed under Federal Rule of Civil Procedure 4(m).  (Doc. No. 54). On August 14, 2025, Plaintiff filed a return of service and declaration in support demonstrating Rodriguez had been served on December 11, 2023.  (Doc. Nos. 55, 56).

Accordingly, it is **ORDERED**:

The July 31, 2025 Show Cause Order (Doc. No. 54) is discharged.

Dated:   December 6, 2025   

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE