UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN ROBERTSON, | Case No.  1:23-cv-00975-JLT-HBK |
| Plaintiff, | ORDER GRANTING PARTIES' STIPULATED MOTION FOR EXTENSION OF TIME |
| v. | |
| OFFICER GREG RODRIGUEZ and MICHAEL PALLARES, | (Doc. 64) |
| Defendants. | |

On June 10, 2026, Plaintiff and Defendant Pallares filed a stipulated motion to extend the deadline for initial disclosures from June 22, 2026, to July 22, 2026.  (Doc. 64).  As good cause, the parties explain that one of Defendant's counsel is out of the county and that another counsel is unavailable due to impeding deadlines in other cases.  The Court finds good cause to grant the motion under Federal Rules of Civil Procedure 16(b)(4).

Accordingly, it is ORDERED:

1.  The stipulated motion for an extension of time (Doc. 64) is GRANTED.

2.  The deadline for initial disclosures is extended to July 22, 2026.

Dated:    June 11, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2